# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| THE TOWNSHIP OF SUMMIT | : No. 293 WAL 2014 |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Commonwealth Court |
| | : |
| | : |
| PROPERTY LOCATED AT VACANT | : |
| LAND IN SUMMIT TOWNSHIP, ERIE | : |
| COUNTY, ERIE COUNTY TAX INDEX | : |
| NO. (40) 16-72-41 AND EMIL F. | : |
| HESSINGER AND MARIAN C. | : |
| HESSINGER (DECEASED) | : |
| | : |
| | : |
| PETITION OF: THE TOWNSHIP OF | : |
| SUMMIT | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.